Squire Patton Boggs (US) LLP
Adam R. Fox (State Bar # 220584)
adam.fox@squirepb.com
Marisol C. Mork (State Bar # 265170)
marisol.mork@squirepb.com
Hannah J. Makinde (State Bar # 307907)
hannah.makinde@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Attorneys for Defendant
INVERIS TRAINING SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWAY WEAPONS & GEAR, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INVERIS TRAINING SOLUTIONS, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 3:21-cv-01376-MMA-LL<br><br>**DECLARATION OF RONDA BUTLER IN SUPPORT OF MOTION TO DISMISS, OR ALTERNATIVELY, TO COMPEL ARBITRATION BY DEFENDANT INVERIS TRAINING SOLUTIONS, INC.** |

## DECLARATION OF RONDA BUTLER

I, Ronda Butler, declare as follows:

1. I am the Director for Commercial Contracts for InVeris Training Solutions, Inc. ("InVeris"). I have been employed by InVeris in this capacity for six years. The matters set forth below are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. In my role as Director of Commercial Contracts, I am familiar with the contract dated February 14, 2014 between the respective predecessors of Poway Gear & Weapons, Inc. on the one hand, and InVeris on the other hand.

3. The contract references and incorporates certain "Standard Terms & Conditions (MTSI-DOM-001-Rev1-01.26-12)." A true and correct copy of the Standard Terms & Conditions (MTSI-DOM-001-Rev1-01.26-12) is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 05 day of August 2021, in Suwanee, Georgia.

_____
Ronda Butler

- 2 -

DECLARATION OF R. BUTLER IN SUPPORT OF MOTION TO DISMISS OR COMPEL ARBITRATION
3:21-CV-01376-MMA-LL

010-9246-6186/1/AMERICAS